UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
───────────────────────────────────────────

FLORA BORKHOLDER,

        Plaintiff,

   v.                                  **Civil Action No.  16-CV-06094**

STRATEGIC STUDENT SOLUTIONS, LLC.,

        Defendant.
───────────────────────────────────────────

## NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE**, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Flora Borkholder, hereby voluntarily dismisses this action against Defendant, Strategic Student Solutions, LLC, with prejudice.

DATED: 01/12/2017

*/s/ Seth J. Andrews*
Seth J. Andrews, Esq.
Law Offices of Kenneth Hiller, PLLC
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
Phone:  (716) 564-3288
Facsimile:  (716) 332-1884