UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FLORA BORKHOLDER,

          Plaintiff,

v.

STRATEGIC STUDENT SOLUTIONS, LLC.,

          Defendant.

Civil Action No. 16-CV-06094

## NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE**, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Flora Borkholder, hereby voluntarily dismisses this action against Defendant, Strategic Student Solutions, LLC, with prejudice.

DATED: 01/12/2017

/s/ Seth J. Andrews
Seth J. Andrews, Esq.
Law Offices of Kenneth Hiller, PLLC
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
Phone: (716) 564-3288
Facsimile: (716) 332-1884

SO ORDERED

*/s/ Michael A. Telesca*
MICHAEL A. TELESCA
United States District Judge

DATE  1/17/16